90799.233

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
### SOUTH BEND DIVISION

| | |
|---|---|
| ROBERT MCDONOUGH AND JOY MCDONOUGH | |
| Plaintiffs, | Case No.: |
| vs. | Indiana Case No.:  43C01-1907-CT-000038 |
| FEDEX FREIGHT, INC. and ALEX DOWELL | |
| Defendants. | |

### NOTICE OF REMOVAL

PLEASE TAKE NOTICE that the Defendants, FedEx Freight, Inc. and Alex Dowell, by counsel, Thomas S. Ehrhardt and Kopka Pinkus Dolin PC, and pursuant to 28 U.S.C. §1446, hereby petition the Court for removal based on 28 U.S.C. §1332 and 1441. In support of this Notice of Removal, the Defendants allege and state as follows:

### Introduction

1.      This civil action was originally filed in the Circuit Court of Kosciusko County, Indiana on or about July 8, 2019.

2.      Defendant, FedEx Freight, Inc., was served with a copy of the Summons and Complaint by certified mail through Registered Agent on or about July 15, 2019.

3.      Defendant, FedEx Freight, Inc., filed its Answer to the Plaintiffs' Complaint on or about August 20, 2019.

4.      Defendant, Alex Dowell, was served with a copy of the Alias Summons and Complaint on or about August 7, 2019.

5.      Defendant, Alex Dowell, filed his Answer to the Plaintiffs' Complaint on or about October 16, 2019.

6.     The entirety of all pleadings, process, orders and other filings as required by 28 U.S.C. §1446(b) are attached hereto as the following exhibits:

    a.    Exhibit "A":  Plaintiffs' Summons and Complaint;

    b.    Exhibit "B":  Defendants' Answers to Plaintiffs' Complaint.

7.     Defendants served Plaintiffs with Requests for Production of Documents on or about October 9, 2019.

8.     Plaintiffs provided Responses to Requests for Production of Documents on or about December 20, 2019.

    a.    Exhibit "C": Plaintiff's Responses to Requests for Production of Documents, specifically see attached itemized list of special damages within Plaintiffs' Response No. 3.

9.     In said Responses, Plaintiffs attached itemized exhibits of medical bills and lost wages they are seeking which total more than Seventy-Five Thousand Dollars ($75,000.00) in damages, exclusive of interest and costs, in this cause of action against Defendants.

10.    Plaintiffs provided the documents in support of their Responses to Requests for Production of Documents on or about January 9, 2020.

11.    Defendants hereby timely file this Notice of Removal within the thirty (30) day time period required by 28 U.S.C. §1446(b)(3) upon receipt of Plaintiffs' Responses to Requests for Production of Documents.

12.    Plaintiffs' cause is a civil action for personal injuries arising out of a motor vehicle accident on or about April 20, 2018, with allegations of negligence on the part of Defendants, FedEx Freight, Inc. and Alex Dowell.

**Basis for Removal**

13.     Removal is proper because the United States District Court has original through complete diversity of citizenship between the parties.  *See 28 U.S.C. §1332*.

14.     Plaintiffs are residents of Akron, Fulton County, Indiana, and therefore, citizens of the State of Indiana.

15.     Under the general diversity statute, a corporation is deemed to be a citizen of any state in which it has been incorporated and of the state in which it has its principal place of business. *See 28 U.S.C. §1332(c)(1)*.

16.     Defendant FedEx Freight, Inc. is a foreign corporation organized under the laws of Arkansas with its principal place of business in Tennessee, and therefore, FedEx Freight, Inc. is deemed to be a citizen of Arkansas or Tennessee.

17.     Defendant, Alex Dowell, is a resident of Chicago, Cook County, Illinois, and therefore, a citizen of the State of Illinois.

18.     Complete diversity of citizenship exists in this cause insofar as Plaintiffs are citizens of Indiana, while Defendants are citizens of different states apart from Indiana.

19.     Upon information and belief, the amount in controversy exceeds the sum or value of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs, because through Defendants' investigation Plaintiffs are believed to be claiming extensive, serious, and permanent personal injuries arising out of the subject accident.

20.     Venue is proper in this District under 28 U.S.C. §1446(a) because this District embraces the place where the removed action was originally filed.

21.     Defendants shall promptly file a copy of this Notice of Removal with the Clerk of Courts of Kosciusko County where the action was originally filed and pending. A true and correct copy of the planned Notice of Filing of Notice of Removal to be filed with the Clerk of Courts is attached hereto as Exhibit "D".

22.     Plaintiffs requested trial by jury in the original Complaint and Defendants hereby demand trial by jury of all issues raised by the pleadings herein.

WHEREFORE the Defendants, FedEx Freight, Inc. and Alex Dowell, respectfully request removal of the state court case to the Northern District of Indiana, South Bend Division, and for any and all just and equitable relief as the Court deems appropriate.

Respectfully submitted,

By:     *s/ Thomas S. Ehrhardt*
        Thomas S. Ehrhardt (#18621-45)

KOPKA PINKUS DOLIN PC
9801 Connecticut Drive
Crown Point, IN  46307
Tel:    (219) 794-1888
Fax:    (219) 794-1892
Email: tsehrhardt@kopkalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2020**,** I electronically filed the foregoing with the Clerk of the Court using CM/ECF system. I further certify that the following persons were served on the same date using the IEFS and/or US First Class Mail:

Ryan Lindinger
Frank Wolferd
Tom Blackburn
1450 University Drive Ct.
Granger, IN  46530

*/s/Thomas S. Ehrhardt*
Thomas S. Ehrhardt