Filed: 7/8/2019 10:09 AM
Clerk
Kosciusko County, Indiana

IN THE KOSCIUSKO CIRCUIT COURT  Kosciusko Circuit Court
121 N Lake Street
Warsaw, IN 46580
(574) 535-6429

## SUMMONS

| | | |
|---|---|---|
| STATE OF INDIANA | ) | KOSCIUSKO CIRCUIT COURT |
| | ) SS: | |
| COUNTY OF KOSCIUSKO | ) | CAUSE NO. |

43C01-1907-CT-000038

Plaintiffs-
Robert McDonough and Joy McDonough

v.

Defendant-
FedEx Freight, Inc.
c/o CT Corporation System, Registered Agent
150 West Market Street, Suite 800
Indianapolis, IN 46204

TO THE ABOVE NAMED:

You have been sued by the persons named "Plaintiffs" in the Court stated above.

The nature of the suit against you is stated in the Complaint which is attached to this Summons. It also states the demands which the Plaintiffs have made and wants from you.

You must answer the Complaint in writing, by you or your attorney, within twenty (20) days commencing the day after you receive this Summons, (you have twenty-three (23) days to answer if this Summons was received by mail), or judgment will be entered against you for what the Plaintiffs have demanded.

If you have a claim for relief against the Plaintiffs arising from the same transaction or occurrence, you must assert it in your written Answer.
CLERK'S ISSUANCE

DATE  7/8/2019 , 201_



Clerk

BY: _____

Dep

The following manner of service is hereby designated: ____ Registered Mail _X_ Certified Mail
____ By Sheriff as provided by law ____ Other as follows:

---

ATTORNEYS FOR PLAINTIFFS: Ryan Lindinger (26454-45), Frank Wolferd (31138-46), Tom Blackburn (2761-71) BLACKBURN & GREEN, 1450 University Drive Ct., Granger, IN 46530 Telephone: (574) 277-7711



EXHIBIT A

## CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 201__, I mailed a copy of this Summons and a copy of the Complaint to each of the Defendant(s) _FedEx Freight, Inc._ _____ by (registered or certified) mail requesting a return receipt signed by the addressee only addressed to each of said Defendant(s) _____ _FedEx Freight, Inc._____ at the address furnished by the Plaintiff.

DATED _____, 201__                    _____

                                              BY____Blackburn & Green_____

## RETURN OF SERVICE OF SUMMONS BY MAIL

I hereby certify that service of Summons with return receipt requested was mailed on the _____ day of _____, 201__, and that a copy of return receipt was received on the _____ day of _____, 201__, which copy is attached herewith.

DATED _____, 201__                    _____

                                               BY____Blackburn & Green_____

## CERTIFICATE OF CLERK OF SUMMONS NOT ACCEPTED BY MAIL

I hereby certify that on the _____ day of _____, 201__, I mailed a copy of this Summons and a copy of the Complaint to the Defendant(s) _____ _____ by (registered or certified) mail, and the same was returned without acceptance this _____ day of _____, 201__, and I did deliver said Summons and a copy of Complaint to the Sheriff of Kosciusko County, Indiana.

DATED _____, 201__                    _____

                                                                Clerk

                                              BY_____

                                                               Deputy

## RETURN BY SHERIFF OR OTHER PERSON OF SUMMONS

I hereby certify that I have served the within Summons:

1. By delivering on the _____ day of _____, 201__, a copy of Summons and a copy of the Complaint to each of the following Defendants: _____

_____

_____.

2. Reading over the telephone to person named/mailing a copy on the _____ day of _____, 201__, a copy of Summons and a copy of the Complaint to each of the following Defendants:

_____.

3. By leaving on the _____ day of _____, 201__, for each of the within named Defendants _____

_____ a copy of the Summons and a copy of the Complaint at the respective dwelling house or usual place of abode with _____ a person of suitable age and discretion residing therein.

4. _____ and by mailing a copy of the Summons without the Complaint to _____

_____

_____ at _____, the last known address of Defendant(s).

5. This Summons came to hand this _____ day of _____, 201__.

The within named

_____

_____ was not found in my bailiwick this _____ day of _____, 201__.

MILEAGE $_____

FEES $_____                    Sheriff of Kosciusko County, Indiana

TOTAL $_____                   BY_____
                                                                        Deputy



**BLACKBURN & GREEN**

*Attorneys for Injured People*

1450 University Dr. Ct.
Granger, IN 46530



7018 2290 0000 1258 3839

FedEx Freight Inc.
c/o CT Corporation System, Registered Agent
150 West Market Street, Suite 800
Indianapolis, IN 46204

4620432814 C010

IN THE KOSCIUSKO CIRCUIT COURT
121 N Lake Street
Warsaw, IN 46580
(574) 535-6429

Filed: 8/7/2019 2:32 PM
Kosciusko County Circuit Court
Kosciusko County, Indiana

*ALIAS SUMMONS*

| STATE OF INDIANA | ) | KOSCIUSKO CIRCUIT COURT |
|---|---|---|
| | ) SS: | |
| COUNTY OF KOSCIUSKO | ) | CAUSE NO. 43C01-1907-CT-000038 |

Plaintiffs-
Robert McDonough and Joy McDonough

v.

Defendant-
Alex Dowell
8000 S. Yates Blvd.,
Chicago, IL 60617

TO THE ABOVE NAMED DEFENDANT:

You have been sued by the persons named "Plaintiffs" in the Court stated above.

The nature of the suit against you is stated in the Complaint which is attached to this Summons. It also states the demand which the Plaintiffs have made and want from you.

You must answer the Complaint in writing, by you or your attorney, within twenty (20) days commencing the day after you receive this Summons, (you have twenty-three (23) days to answer if this Summons was received by mail), or judgment will be entered against you for what the Plaintiffs have demanded.

If you have a claim for relief against the Plaintiffs arising from the same transaction or occurrence, you must assert it in your written Answer.
CLERK'S ISSUANCE

_Ann Jerpey_ Clerk

DATE 8/7/2019 , 20__

BY: CK
Deputy

The following manner of service is hereby designated: ___ Registered Mail X Certified Mail
___ By Sheriff as provided by law ___ Other as follows:

---

ATTORNEYS FOR PLAINTIFFS: Ryan Lindinger (26454-45), Frank Wolferd (31138-46), Tom Blackburn (2761-71) BLACKBURN & GREEN, 1450 University Drive Ct., Granger, IN 46530 Telephone: (574) 277-7711

RETURN OF SUMMONS

## CERTIFICATE OF MAILING

I hereby certify that on the ____ day of _____, 20__, I mailed a copy of this Summons and a copy of the Complaint to each of the Defendant(s) _____Alex Dowell_____ _____ by (registered or certified) mail requesting a return receipt signed by the addressee only addressed to each of said Defendant(s) _____Alex Dowell_____ at the address furnished by the Plaintiff.

DATED _____, 20__

_____

Clerk

BY __Blackburn and Green_____

## RETURN OF SERVICE OF SUMMONS BY MAIL

I hereby certify that service of Summons with return receipt requested was mailed on the ____ day of _____, 20__, and that a copy of return receipt was received on the ____ day of _____, 20__, which copy is attached herewith.

DATED _____, 20__

_____

Clerk

BY____Blackburn & Green_____

## CERTIFICATE OF CLERK OF SUMMONS NOT ACCEPTED BY MAIL

I hereby certify that on the _____ day of _____, 20__, I mailed a copy of this Summons and a copy of the Complaint to the Defendant(s) _____ _____ by (registered or certified) mail, and the same was returned without acceptance this ____ day of _____, 20__, and I did deliver said Summons and a copy of Complaint to the Sheriff of Kosciusko County, Indiana.

DATED _____, 20__

_____

Clerk

BY_____

Deputy

RETURN BY SHERIFF OR OTHER PERSON OF SUMMONS

I hereby certify that I have served the within Summons:

1. By delivering on the _____ day of _____, 20__, a copy of Summons and a copy of the Complaint to each of the following Defendants: _____

_____

2. Reading over the telephone to person named/mailing a copy on the _____ day of _____, 20__, a copy of Summons and a copy of the Complaint to each of the following Defendants:

_____.

3. By leaving on the _____ day of _____, 20___, for each of the within named Defendants _____
_____ a copy of the Summons and a copy of the Complaint at the respective dwelling house or usual place of abode with _____ a person of suitable age and discretion residing therein.

4. _____ and by mailing a copy of the Summons without the Complaint to _____
_____ at
_____, the last known address of Defendant(s).

5. This Summons came to hand this _____ day of _____, 20__.

The within named _____
_____ was not found in my bailiwick this _____ day of _____, 20__.

MILEAGE $_____

FEES $_____              Sheriff of Kosciusko County, Indiana

TOTAL $_____            BY_____
                                                                Deputy

Kosciusko Circuit Court
Filed: 7/8/2019 10:09 AM
Clerk
Kosciusko County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE KOSCIUSKO CIRCUIT COURT |
| | ) SS: | |
| COUNTY OF KOSCIUSKO | ) | CAUSE NO. |
| | | 43C01-1907-CT-000038 |
| ROBERT MCDONOUGH and JOY MCDONOUGH, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | |
| ALEX DOWELL and FEDEX FREIGHT, INC. | ) ) ) | |
| Defendants. | ) | |

## COMPLAINT FOR DAMAGES

### COUNT I

Plaintiffs, Robert McDonough and Joy McDonough, for their first claim for relief state:

1. Plaintiffs, Robert McDonough and Joy McDonough, were residents of 14544 East 125 South, Akron, Fulton County, Indiana 46910 at the time of the crash.

2. Defendant, Alex Dowell, was a resident of 5636 South Prairie Avenue, Chicago, Cook County, Illinois 60637 at the time of the crash.

3. Defendant, FedEx Freight, Inc.'s, (hereinafter referred to as "FedEx") principal place of business at the time of the crash was located in Fremont, Stueben County, Indiana.

4. On April 20, 2018, Plaintiff, Robert McDonough, was driving a vehicle east on US 30, slowing down to turn left, with his left turn signal activated in a highway crossover, in Pierceton, Kosciusko County, Indiana. Defendant, Alex Dowell, was driving a semi-tractor trailer, owned by Defendant, FedEx, east on US30 when the Defendant's semi crashed into the front driver's side panel of Plaintiff, Robert McDonough's, vehicle. The impact occurred in the highway crossover.

5. The collision was responsibly caused by the carelessness and negligence of the Defendant, Alex Dowell, in the operation of his semi-tractor trailer by failing to maintain a reasonable and proper lookout, failing to maintain control over his semi-tractor trailer, and following too closely

in violation of I.C. 9-21-8-14.

6. Defendant, FedEx, is vicariously liable for the careless and negligent acts of its agent and/or employee, Alex Dowell, while he was driving in the course and scope of his agency and/or employment at the time of the collision.

7. As a result of the collision, the Plaintiff, Robert McDonough, sustained physical injuries which may be permanent and continues to suffer physical pain.

8. As a further result of the collision, the Plaintiff, Robert McDonough, incurred hospital, medical expenses, and lost wages as well as the loss of a whole and useful life.

WHEREFORE, Plaintiffs, Robert McDonough and Joy McDonough, demand judgment against the Defendants, Alex Dowell and FedEx, in an amount that will reasonably compensate them for the injuries and damages sustained, for the costs of this action and for all other just and proper relief in the premises and for trial by jury.

## COUNT II

Plaintiffs, Robert McDonough and Joy McDonough, for their second claim for relief states:

1. Plaintiffs, Robert McDonough and Joy McDonough, reallege rhetorical paragraphs 1 through and including 5 of Count I of this Complaint for Damages as if fully set forth herein and by reference makes them a part of this Count II.

2. At all times material to the allegations of Count I of this Complaint Plaintiff, Joy McDonough, was the spouse of Plaintiff, Robert McDonough.

3. As a result of the carelessness and negligence of the Defendants, Alex Dowell and FedEx, she lost the services and consortium of her spouse.

WHEREFORE, Plaintiffs, Robert McDonough and Joy McDonough, demand judgment against the Defendants, Alex Dowell and FedEx, in an amount that will reasonably compensate them for the injuries and damages sustained, for the costs of this action and for all other just and proper relief in the premises and for trial by jury.

BLACKBURN & GREEN

_____

Ryan Lindinger (26454-45)
Frank Wolferd (31138-46)
Tom Blackburn (2761-71)
Attorneys for Plaintiffs
1450 University Drive Ct.
Granger, IN 46530
Telephone: (574) 277-7711